# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 2 0 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**SHERRY ADAMS**

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

**HOLLER LAW FIRM, NAJARIAN CAPITAL LLC, SCOTT K CAMP AND ASSOCIATES, LLC, ANNETTA STEMBRIDGE, TRINITY STONE, ANDRE ADAMS.**

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 1:24-cv-1506-MLB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## AMEND
## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | SHERRY ADAMS |
| Street Address | 4046 WHISTLER DRIVE |
| City and County | DOUGLASVILLE  DOUGLAS |
| State and Zip Code | GEORGIA 30135 |
| Telephone Number | 770-262-4677 |
| E-mail Address | scmdelta30@aol.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | HOLLER LAW FIRM, LLC |
| Job or Title *(if known)* | ATTORNEY |
| Street Address | 185 PLAINS ROAD, SUIITE 100W |
| City and County | MILFORD |
| State and Zip Code | CONNECTICUT 06461 |
| Telephone Number | 203-301-4333 |
| E-mail Address *(if known)* | gholler@hollerlawfirm.com |

Defendant No. 2

| | |
|---|---|
| Name | NAJARIAN CAPITAL, LLC - FILED AT GA SEC. OF STATE |
| Job or Title *(if known)* | COMPANY MOVED |
| Street Address | 315 WEST TOWER, 2 MLK. DRIVE |
| City and County | ATLANTA  FULTON |
| State and Zip Code | GEORGIA 30334 |
| Telephone Number | 470-639-8910 |
| E-mail Address *(if known)* | INFO@JARHOUSE.COM |

Defendant No. 3

| | |
|---|---|
| Name | SCOTT K. CAMP AND ASSOCIATES, LLC |
| Job or Title *(if known)* | ATTORNEY |
| Street Address | 6655 CHURCH STREET |
| City and County | DOUGLASVILLE  DOUGLAS |
| State and Zip Code | GEORGIA 30134 |
| Telephone Number | 770-949-9055 |
| E-mail Address *(if known)* | SCOTT@ATTORNEYSCOTTCAMP.COM |

Defendant No. 4

| | |
|---|---|
| Name | ANNETTA STEMBRIDGE |
| Job or Title *(if known)* | DOUGLAS COUNTY CLERK OF COURTS |
| Street Address | 8700 HOSPITAL DRIVE |
| City and County | DOUGLASVILLE  DOUGLAS |
| State and Zip Code | GEORGIA 30134 |
| Telephone Number | 770-949-2000 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)*  ASTEMBRIDGE@DOUGLASCOUNTYGA.GOV

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

TORTS: Intentional, Negligence, and Strict Liability
18 U.S. Code § 287
18 U.S. Code § 471
18 U.S. Code § 1001
18 U.S. Code § 1010
18 U.S. Code § 1014
18 U.S. Code § 1341
18 U.S. Code § 1343
18 U.S. Code § 1344
18 U.S. Code § 1621
18 U.S. Code § 1962
19 U.S. Code § 1592
28 U.S. Code § 4101
42 U.S. Code § 1983
TREATY OF PEACE AND FRIENDSHIP
UNITED STATES CONSTITUTION - 5TH, 8TH, 14TH AMENDMENTS

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.  If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    _____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE ATTACHED

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

EXPECTATION - Defendants did not behave or do as they promised according to their line of work and/or behaving appropriately.
1. Money Damages - Gross and Egregious Behavior/Severe Mental Distress - Punitive Damages - $2,000,000
2. Specific Performance - Defendants did not perform as they were contracted to perform by law and their oath of office and/or their behavior as a human being. - $500,000
RELIANCE - Defendants made Plaintiff incur unnecessary out of pocket cost.
1. Out of Pocket Cost - Garnishments - $4,611.23, Court Cost - $400, Planning and Execution Case Cost - $2500 = $7511.23
RESTITUTION - Defendants were economically unjustly enriched by these schemes going forth and should be disgorged.
1. Monetary - Gross and Egregious Behaviour/Severe Mental Distress - Punitve Damages - $2,500,000
2. 15 U.S. Code § 15 - Suits by persons injured - Due to the egregiosness of the defendant's behavior, this code applies allowing three times th aemount of the suit.

TOTAL: $15,022,533.70

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/20/2024

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Signature of Plaintiff    *Dr. Sherry Adams*
Printed Name of Plaintiff   DR. SHERRY ADAMS

**B.    For Attorneys**

Date of signing:   _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

**DEFENDANT LIST CONTINUED**

Defendant No. 5:

TRINITY STONE
8700 HOSPITAL DRIVE
DOUGLASVILLE, GA 30134
770-949-2000
TRINITYMSTONE@OUTLOOK.COM

Defendant No. 6:

ANDRE ADAMS
2480 GREYTHORNE COMMONS
DOUGLASVILLE, GA 30135
ERDNA33@AOL.COM

**ATTORNEY'S CONTACT INFORMATION:**

A complete list of all persons serving as attorneys for the parties in this proceeding.

a. Elizabeth G. Howard Barrickman, Allred & Young, LLC 5775 Glenridge Drive, NE, Suite E-100 Atlanta, Ga. 30328 - Attorney for Defendant Andre Adams
b. Jeffery Randolph Saxby Mitchell Blake Walker Hall Booth Smith, P.C. 191 Peachtree St. NE, Suite 2900 Atlanta, Ga. 30303 - Attorneys for Defendants Stembridge and Stone
c. Sean L. Gill Gower Wooten & Darneille, LLC 4200 Northside Parkway NW, Building 12 Atlanta, Ga. 30327 - Attorney for Scott K. Camp and Associates
d. George T. Holler, Holler Law Firm, LLC 185 Plains Road, Suite 100W Milford, CT 06461 - Attorney for Defendant Holler Law Firm, LLC

**STATEMENT OF CLAIM CONTINUED:**

1. This action, brought in this Honorable Court by Sherry Adams, is against various parties involved in an intricate web of financial improprieties, fraud and obstruction of justice.

2. Defendants, including various entities and individuals, are accused of orchestrating a conspiracy to compel the Plaintiff to pay approximately $21,000 or face imprisonment through an allegedly groundless Motion for Contempt in the Douglas County Court System (22cv01586).

3. Despite the case being heard on July 13, 2023, the Plaintiff, who presented witness testimony on mortgage fraud and baseless claims, has faced challenges in obtaining the transcript records of the proceedings.

4. To date the Plaintiff has been denied the court transcript more than 50 times from the Court Reporter, Trinity Stone, Douglas County Clerk of Court, Annetta Stembridge, Judge William McClain, and Attorney Scott Camp.

5. This denial of the court transcript put Plaintiff past the time to appeal.

6. Andre Adams fraudulently claimed in a Motion for Contempt filed against Plaintiff in September 2022, that an $18,403 check was paid to Najarian Capital LLC to cancel the Writ or Fieri Facias that was coming due on the marital property owned by Plaintiff and Defendant during their marriage.

7. This is fraud as no lien or judgement was ever due to Najarian Capital LLC. To date, no lien or judgement has been found in any public or private records.

8. The address of this property is 2480 Greythorne Commons, Douglasville, GA 30135.

9. Andre Adams had a second refinance, February 2022 with LoanDepot.com with no lien or judgment surfacing for Refund Realty LLC or Najarian Capital during the closing title search.

10. Najarian Capital LLC was paid in Andre Adams' refinancing in August 2020 ($18, 403) and received a check in June 2022 ($20,291.52).

11. A check of $20, 291.52 was cut June 2022 but Andre Adams' next refinancing was August 2022.

12. August 2020 refinancing's Closing Agent was George Holler from Holler Law Firm.

13. Holler Law firm cut the check in June 2022 for $20,291.52.

14. To date the June 2022 check for $20,291.52 was not applied to Andre Adams February 2022 refinancing or Andre Adams August 2022 refinancing.

15. Public records reflect Andre Adams had another refinancing February 2022.

16. The payment to Najarian Capital LLC skipped February 2022 refinancing and a check was cut from Holler Law firm in June 2022.

17. Via other court cases Plaintiff has been involved with Attorney Scott Camp, this attorney has stated multiple times he hasn't received emails or mail, even when there has been proof of delivery.

18. Scott Camp was made aware of this mortgage fraud scheme, but he adamantly pursued Plaintiff in numerous fraudulent court filings knowing the facts presented

were not true.

19. To trick the Plaintiff, another scheme was played out for a judgment Plaintiff did have with Refund Realty LLC.

20. Plaintiff was never made aware this judgment Refund Realty LLC had been paid off June 2022.

21. Refund Realty LLC, Refund Realty LLC attorney Kane St. John, Andre Adams, nor his attorney Scott Camp informed Plaintiff this judgment had been canceled June 2022.

22. Neither one decided to communicate this to Plaintiff with this perceived benevolent act. Instead, they decided to keep it quiet, allowing Plaintiff to continue to pay the garnishment assigned to this judgment until November 2022.

23. H&A Credit Corporation, an assignee of Refund Realty, was hired to file the garnishment and this company participated in the conspiracy by not stopping the garnishment once the judgment had been canceled by Refund Realty LLC attorney, Kane St. John on June 15, 2022.

24. H&A Credit Corporation, an assignee of Refund Realty aligned with this conspiracy by stating they were witness to a receipt of payment of the debt, but they never made clear who payment was made by.

25. A lawsuit in Clayton County was filed against H&A Credit Corporation, an assignee of Refund Realty LLC.

26. The Writ of Fieri Facias was canceled on this judgment on June 15, 2022, and Plaintiff was made to pay garnishment until November 2022.

27. To date, the garnishment has not been officially canceled by the Clayton County Court System, nor has Plaintiff received a refund on the amount paid.

28. H&A Credit Corporation, an assignee of Refund Realty, admitted fault and settled their case with Plaintiff with a monetary payment to Plaintiff.

29. Refund Realty LLC, Najarian Capital LLC and Jar House Acquisitions LLC are all owned by Zareh Najarian.

30. Najarian Capital LLC has moved and did not change their new address with the Georgia Secretary of State.

31. The GA Secretary of State received Najarian Capital LLC's court filing.

32. Andre Adams' claims he paid approximately $18,403 towards plaintiff's ensuing Writ of Fiera Facias.

33. Andre Adams ALTA Closing Statement prepared by Vylla Title proves this payment to

Najarian Capital LLC was made on or about August 20, 2020.

34. The blurred copy was the only copy Plaintiff could get as Attorney Scott Camp refused to give Plaintiff a clear copy, even after requesting one numerous times.

35. Holler Law Firm was the closing agent for Andre Adams' refinances of August 2020 and August 2022.

36. Andre Adams refinanced of February 2022 with LoanDepot.com.

37. Najarian Capital LLC was paid approximately $39,000 on a judgment that never existed against Plaintiff.

38. Plaintiff was being sued for an additional $20,291.52 or be jailed on a nonexistence judgment.

39. Holler Law Firm created check number 142092, made out to Najarian Capital LLC, in the amount of $20, 291.52 in reference to in the memo, "GA-REF-CTS-148274, 2480 Greythorne Commons, Douglasville, GA 30135" from a GA IOLTA Trust Account under Holler Law Firm IOLTA.

40. Holler Law Firm also created a check on the August 2020 Vylla ALTA Statement for $18,403.

41. Holler Law Firm's Manager of Title, Adrianna Champagne, had firsthand knowledge of this situation when called on or about December 2022.

42. Adrianna Champagne's initial statement to the Plaintiff via the witnessed phone call was, "Hi Sherry. Did you sign the Quit Claim Deed?" When I demanded to speak with her boss, George Holler, she quickly stated the check made out to Najarian Capital LLC, "had a stop payment put on it."

43. Adrianna Champagne's statement validates the intention of mortgage fraud as three refinances were completed and this judgment was stated as a paid debt of 2480 Greythorne Commons, Douglasville, GA 30135, which is the current home of Andre Adams.

44. Holler Law Firm also stated via emails with their Closing Attorney Manager, Rebecca Pendeleton Juarbe, that no information could be given to me as I am not listed as the creditor on the account or owner of the home.

45. Najarian Capital LLC via the closings performed by George Holler from the Holler Law firm, colluded together to get paid twice from one nonexistent judgment and add years of interest.

46. Najarian Capital LLC colluded again with Andre Adams and his attorney to have me

jailed for a judgment that never existed, to include attorney fees.

47. Collusion of all the parties was mentioned in the July 13, 2023 trial with Andre Adams and his attorney.

48. Plaintiff to date has not received the court transcript.

49. According to the statements, emails, and filings from Andre Adams, Refund Realty LLC, Najarian Capital LLC, Jar House Acquisitions LLC, Holler Law Firm LLC, Attorney Scott Camp, Attorney Kane St. John, Adrianna Champagne, Rebecca Pendleton Juarbe, Nadia Allamani, Zareh Najarian, and George Holler, 2480 Greythorne Commons has been refinanced in August 2020 and August 2022.

50. Andre Adams, Refund Realty LLC, Najarian Capital LLC, Jar House Acquisitions LLC, Holler Law Firm LLC, Attorney Scott Camp, Attorney Kane St. John, Adrianna Champagne, Rebecca Pendleton Juarbe, Nadia Allamani, Zareh Najarian, and George Holler failed to mention Andre Adams refinancing in February 2022.

51. A closing that took place during these dates received TWO judgment check payments in August 2020 and June 2022 with the Holler Law Firm being the issuer of both checks.

52. No refinancing from Andre Adams took place June 2022.

53. Andre Adams was aware of the scheme as he stated on the witness stand, he received the check in August 2020 but was told to send it back.

54. When Andre Adams was questioned on who told him to send the check back and to who to send the check to, the Judge abruptly told Andre Adams to leave the witness stand.

55. Andre Adams committed fraud as Najarian Capital LLC was paid for a nonexistent judgment or lien in August 2020 and June 2022.

56. Najarian Capital LLC's payment was not applied to Andre Adams' refinancing with Loan Depot.com in February 2022, but a check was cut for Najarian Capital LLC in June 2022.

57. All parties colluded together to create a scheme to make the Plaintiff pay over $20,00 via a Motion for Contempt filed against her which threatened to have Plaintiff jailed if she did not pay.

58. This case was heard by Judge William McClain on July 13, 2023.

59. This mortgage fraud scheme was brought up during this hearing.

60. To date, plaintiff has been blocked from receiving the transcript and a clear copy of the Vylla Title from the case.

61. Plaintiff filed a complaint against the court reporter and the judge's assistants (Kayala Sellers, Laura Barnes and Dawn Crew) who were all reprimanded for not sending a clear copy of the Vylla Title, but nothing more has been done to provide Plaintiff remedy to be able to defend herself.

62. This alleged mortgage fraud has been reported to the Department of Housing and Urban Development, which they have labeled as "deep fraud" and are pursuing this matter.

63. The Department of Justice and the Federal Bureau of Investigations also have received this alleged mortgage fraud whistleblower complaint.

64. Holler Law Firm made transactions via their Trust Account for 2480 Greythorne Commons, Douglasville, GA 30135 which has strict mortgage federal, state, and local rules that were broken.

65. All three refinances were FHA and were placed on the federal ALTA form.

66. Andre Adams' Attorney, Scott Camp cited Holler Law Firm as making the extreme error of not paying the debt from the first refinancing in August 2020 in his filing to the court.

67. During the Motion for Contempt court case held on July 13, 2023, Scott Camp stated, "Clearly Dr. Adams is due remedy, but not by my client."

68. From Mr. Camp's own testimony and filing, he declared Holler Law Firm LLC guilty.

69. Holler Law Firm processed deceitful and fraudulent paperwork that clearly shows a closing statement from Vyllla Title showing payment to Najarian Capital LLC.

70. There is a letter from Najarian Capital LLC stating an amount due, and a check made out to Najarian Capital LLC .

71. Plaintiff has no judgment or has ever had any dealing with Najarian Capital LLC.

72. Defendant was aware of this knowledge. The judgment Plaintiff had was with Refund Realty LLC, now known as Jar House Acquisitions LLC.

73. Annetta Stembridge refused to assist Plaintiff in receiving the court transcript.

74. Annetta Stembridge sent Plaintiff an email that included statements made by Judge William McClain.

75. In Annetta Stembridge's email she encourages the judge and wishes him success in his endeavors against Plaintiff.

76. Trinity Stone carried out a plot that lasted close to a year to refuse to give Plaintiff an invoice to receive the transcript.

77. Plaintiff hired LegalShield to send Trinity Stone a letter requesting the invoice.
78. To date, Trinity Stone has not responded to the request from Attorney Ashley Higgenbotham.
79. Plaintiff hired LegalShield to send Najarian Capital LLC a letter requesting a judgment or lien against Plaintiff.
80. To date, Najarian Capital LLC has not responded to the request from Attorney Ashley Higgenbotham.

## COUNTS

TORTS: Intentional, Negligence, and Strict Liability

18 U.S. Code § 287

18 U.S. Code § 471

18 U.S. Code § 1001

18 U.S. Code § 1010

18 U.S. Code § 1014

18 U.S. Code § 1341

18 U.S. Code § 1343

18 U.S. Code § 1344

18 U.S. Code § 1621

18 U.S. Code § 1962

19 U.S. Code § 1592

28 U.S. Code § 4101

42 U.S. Code § 1983

TREATY OF PEACE AND FRIENDSHIP

UNITED STATES CONSTITUTION - 5TH, 8TH, 14TH AMENDMENTS

81. **Count 1: Intentional Tort**
    a. Holler Law Firm
    b. Najarian Capital LLC
    c. Scott Camp (Attorney)
    d. Annetta Stembridge (Clerk of Court)
    e. Trinity Stone (Court Reporter)

   f. Andre Adams

82. **Count 2: Negligence Tort**
   a. Holler Law Firm
   b. Najarian Capital LLC
   c. Scott Camp (Attorney)
   d. Annetta Stembridge (Clerk of Court)
   e. Trinity Stone (Court Reporter)
   f. Andre Adams

83. **Count 3: Strict Liability Tort**
   a. Holler Law Firm
   b. Najarian Capital LLC
   c. Scott Camp (Attorney)
   d. Annetta Stembridge (Clerk of Court)
   e. Trinity Stone (Court Reporter)
   f. Andre Adams

84. **Count 4: False, fictitious or fraudulent claims (18 U.S. Code § 287)**
   a. Holler Law Firm
   b. Najarian Capital LLC
   c. Scott Camp (Attorney)
   d. Annetta Stembridge (Clerk of Court)
   e. Trinity Stone (Court Reporter)
   f. Andre Adams

85. **Count 5: Obligations or securities of United States - Forgery (18 U.S. Code § 471)**
   a. Holler Law Firm
   b. Najarian Capital LLC
   c. Scott Camp (Attorney)
   d. Andre Adams

86. **Count 6: False Statements and Writings (18 U.S. Code § 1001 (a))**
   a. Holler Law Firm
   b. Najarian Capital LLC
   c. Scott Camp (Attorney)
   d. Andre Adams
   e. Trinity Stone (Court Reporter)

87. **Count 7: HUD and Federal Housing Administration Transactions (18 U.S. Code § 1010)**
   a. Holler Law Firm
   b. Najarian Capital LLC
   c. Scott Camp (Attorney)

      d. Andre Adams

88. **Count 8: False Statements to a Financial Institution (18 U.S.C. § 1014)**
    a. Holler Law Firm LLC
    b. Najarian Capital LLC
    c. Scott Camp (Attorney)
    d. Andre Adams

89. **Count 9: Fraud and Swindle (18 U.S.C. § 1341)**
    a. Holler Law Firm LLC
    b. Najarian Capital LLC
    c. Scott Camp (Attorney)
    d. Annetta Stembridge (Clerk of Court)
    e. Trinity Stone (Court Reporter)
    f. Andre Adams

90. **Count 10: Wire Fraud (18 U.S.C. § 1343)**
    a. Holler Law Firm LLC
    b. Najarian Capital LLC
    c. Scott Camp (Attorney)
    d. Andre Adams

91. **Count 11: Bank Fraud (18 U.S.C. § 1344)**
    a. Holler Law Firm LLC
    b. Najarian Capital LLC
    c. Scott Camp (Attorney)
    d. Andre Adams

92. **Count 12: Perjury (18 U.S.C. § 1621)**
    a. Holler Law Firm
    b. Najarian Capital LLC
    c. Scott Camp (Attorney)
    d. Andre Adams
    e. Trinity Stone (Court Reporter)

93. **Count 13: Violation of the RICO Act (18 U.S. Code § 1962 (a))**
    a. Holler Law Firm
    b. Najarian Capital LLC
    c. Scott Camp (Attorney)
    d. Annetta Stembridge (Clerk of Court)
    e. Trinity Stone (Court Reporter)
    f. Andre Adams

94. **Count 14: Penalties for Fraud, Gross Negligence, and Negligence (19 U.S. Code § 1592)**

  a. Holler Law Firm
  b. Najarian Capital LLC
  c. Scott Camp (Attorney)
  d. Annetta Stembridge (Clerk of Court)
  e. Trinity Stone (Court Reporter)
  f. Andre Adams

95. **Count 15: Defamation (28 U.S. Code § 4101)**
  a. Holler Law Firm
  b. Najarian Capital LLC
  c. Scott Camp (Attorney)
  d. Annetta Stembridge (Douglas County Clerk of Court)
  e. Trinity Stone (Court Reporter)
  f. Andre Adams

96. **Count 16: Deprivation of Rights (42 U.S. Code § 1983)**
  a. Holler Law Firm
  b. Najarian Capital LLC
  c. Scott Camp (Attorney)
  d. Annetta Stembridge (Douglas County Clerk of Court)
  e. Trinity Stone (Court Reporter)
  f. Andre Adams

97. **Count 17: Treaty of Peace and Friendship**
  a. Holler Law Firm
  b. Najarian Capital LLC
  c. Scott Camp (Attorney)
  d. Annetta Stembridge (Douglas County Clerk of Court)
  e. Trinity Stone (Court Reporter)
  f. Andre Adams

98. **Count 18: United States Constitution – 5th Amendment**
  a. Holler Law Firm
  b. Najarian Capital LLC
  c. Scott Camp (Attorney)
  d. Annetta Stembridge (Douglas County Clerk of Court)
  e. Trinity Stone (Court Reporter)
  f. Andre Adams

99. **Count 19: United States Constitution – 8th Amendment**
  a. Holler Law Firm
  b. Najarian Capital LLC
  c. Scott Camp (Attorney)

      d. Annetta Stembridge (Douglas County Clerk of Court)
      e. Trinity Stone (Court Reporter)
      f. Andre Adams

**100.** **Count 20: United States Constitution – 14th Amendment**
      a. Holler Law Firm
      b. Najarian Capital LLC
      c. Scott Camp (Attorney)
      d. Annetta Stembridge (Douglas County Clerk of Court)
      e. Trinity Stone (Court Reporter)
      f. Andre Adams

## ACT & RESPONSIBLE PARTIES

2. **Andre Adams:**
    a. Conspiracy to Commit Fraud: Involvement in an agreement with others to commit mortgage fraud.
    b. Fraud: Intentional misrepresentation of material facts, causing harm.
    c. Mortgage Fraud: Material misstatements or omissions during refinancing leading to financial harm.
    d. Perjury: Willful false testimony under oath during court proceedings.
    e. Malicious Prosecution: Initiating legal proceedings with malice, lacking probable cause, causing harm.

3. **Refund Realty LLC/Jar House Acquisitions LLC – Owner Zareh Najarian**
    a. Conspiracy to Commit Fraud: Alleged participation in an enterprise conspiring to commit mortgage fraud.
    b. Fraud: Involvement in fraudulent activities, possibly related to failure to cancel or record Ms. Adams' judgment.
    c. Negligence: Liability if Refund Realty negligently contributed to harm by not canceling or recording the judgment.
    d. Mortgage Fraud: Material misstatements or omissions during refinancing leading to financial harm.
    e. Perjury: Willful false testimony under oath during court proceedings.

4. **Najarian Capital LLC – Owner Zareh Najarian**
    a. Conspiracy to Commit Fraud: Alleged participation in an enterprise conspiring to commit fraud.
    b. Perjury: Willfully submitting false documents under oath for court proceedings.
    c. Fraud: Involvement in fraudulent activities, including depositing and cashing checks.

d. Negligence: Potential liability if involved in the failure to cancel or record the judgment.

5. **Jar House Acquisitions LLC – Owner Zareh Najarian**
    a. Conspiracy to Commit Fraud:
    b. Alleged participation in an overarching conspiracy if applicable.

6. **H&A Credit Corporation – Owner William Arroya**
    a. Conspiracy to Commit Fraud: Alleged participation in an enterprise conspiring to commit fraud.
    b. Negligence: Potential negligence if the corporation failed to halt garnishments after judgment cancellation.

7. **Holler Law Firm LLC**
    a. Conspiracy to Commit Fraud: Alleged participation in an enterprise conspiring to commit fraud.
    b. Violation of Trust Account Rules: If applicable, concerning mishandling of funds.
    c. Negligence: Potential liability for negligence in the refinancing process.

8. **Carrington Mortgage Services LLC and Vylla Title LLC**
    a. Fraud: Involved in fraudulent activities during the refinancing process.
    b. Potentially Perjury: If statements made during court proceedings were false.
    c. Filing false documents on FHA Refinancing.

9. **Scott Camp**
    a. Conspiracy to Commit Fraud: Alleged participation in an enterprise conspiring to commit mortgage fraud.
    b. Fraud: Involvement in fraudulent activities, potentially related to creating a false claim to sue Sherry Adams.
    c. Negligence: Liability in creating a false lawsuit and not providing documentation when requested.
    d. Perjury: Allegations of false statements during court proceedings.

10. **Trinity Stone and Annetta Stembridge**
    a. Deprivation of Rights: Deprived Plaintiff from receiving transcript of her proceedings.
    b. Conspiracy to Commit Fraud: Alleged participation in an enterprise conspiring to commit mortgage fraud.
    c. Fraud: Involvement in fraudulent activities, potentially related to creating a false claim to sue Sherry Adams.
    d. Negligence: Liability in creating a false lawsuit and not providing documentation when requested.