IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Sherry Adams,

          Plaintiff,

                        Case No. 1:24-cv-1506-MLB

v.

Holler Law Firm, et al.,

          Defendants.

_____/

## ORDER

Pro se Plaintiff Sherry Adams filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Accordingly, the Court **DENIES AS MOOT** the Motions to Dismiss filed by Annetta Stembridge, Trinity Stone, and Holler Law Firm (Dkts. 8, 16), and the Motion for Judgment on the Pleadings filed by Andre Adams (Dkt. 18). The Court **GRANTS** the Motions to Stay Discovery (Dkts. 12, 31). Discovery in this action shall be stayed pending the Court's ruling on the pending Motion to Dismiss (Dkt. 34).

**SO ORDERED** this 1st day of July, 2024.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE