UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHERRY ADAMS,<br><br>       Plaintiff,<br><br>vs.<br><br>HOLLER LAW FIRM, et al.,<br><br>       Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-01506-MLB |

## J U D G M E N T

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration of the defendants' motions to dismiss, and the court having granted said motions, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 31st day of March, 2025.

                              KEVIN P. WEIMER
                              CLERK OF COURT


                    By:   /s/Benjamin G. Thurman
                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 31, 2025
Kevin P. Weimer
Clerk of Court

By:  /s/Benjamin G. Thurman
       Deputy Clerk